FILED

10/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0364

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 19-0364

STATE OF MONTANA,

      Respondent and Appellee,

v.

JOSEPH WAYNE MARSH,

      Defendant and Appellant,

## ORDER EXTENDING TIME TO FILE
## RESPONSE TO BRIEF OF APPELLEE

Upon reading and filing the Unopposed Motion for Extension of Time to File Response to Brief of Appellee by attorney Penelope S. Strong, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Response to Brief of Appellee in this case is hereby extended from October 8, 2020, to November 9, 2020.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 9 2020